JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDEH KERMANI, an individual, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APARTMENT INCOME REIT CORP.; AIMCO MALIBU CANYON, LLC; OP PROPERTY MGMT., L.P.; AIMCO OP, L.P.; AIMCO OP GP, LLC; and DOES 1 – 100, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-06726-SPG-SK<br><br>The Honorable Sherilyn Peace Garnett<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [ECF NO. 37]** |

On March 2, 2023, the Parties filed a Joint Stipulation of Dismissal of this action. The Court, having considered the Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and finding good cause therefor, hereby GRANTS the Stipulation of Dismissal and ORDERS as follows:

1. The case is dismissed in its entirety, with prejudice;

2. The Court VACATES all dates and deadlines; and

3.  The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated: March 3, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE